# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 19-01153 AG (ADSx) | Date | December 12, 2019 |
|---|---|---|---|
| Title | LINDA HALL v. TIME INC., ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**[IN CHAMBERS] ORDER REGARDING HEARING ON MOTION TO DISMISS (DKT. NO. 28)**

For reasons of calendar management and judicial economy, the January 6, 2020 hearing in this matter is CONTINUED to **February 3, 2020 at 10:00 a.m.**

                                                               :   0

                                        Initials of Preparer     mku