JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

|  |  |
|---|---|
| LINDA HALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME, INC., MEREDITH CORP., and DOES 1–100,<br><br>Defendants. | Case No.: SACV 19-01153-CJC(ADSx)<br><br>JUDGMENT |

-1-

Plaintiff Linda Hall brings this putative class action against Defendants Time, Inc., Meredith Corp., and unnamed Does. Defendants' motion to dismiss the First Amended Complaint for failure to state a claim came for consideration before this Court. The Court hereby **ORDERS** that:

1. Defendants' motion to dismiss is **GRANTED**.

2. Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 12(b)(6).

DATED: March 13, 2020

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE